| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 95 C 3507 | **DATE** | 6/1/2004 |
| **CASE TITLE** | Felix Ichile vs. City of Chicago | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  Enter Memorandum. Accordingly costs will not be taxed against plaintiff Felix Ichile.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | JUN 03 2004 | 146 |
| | Notified counsel by telephone. | date docketed | |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 6/1/2004 | |
| SN | courtroom deputy's initials | date mailed notice SN | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

JUN 0 3 2004

FELIX ICHILE, )
)
      Plaintiff, )
)
v. ) No. 95 C 3507
)
CITY OF CHICAGO, )
)
      Defendant. )

MEMORANDUM

This Court recently received from the Clerk of Court a just-mailed-in Bill of Costs and supporting Memorandum in this case, which was disposed of back in February <u>2001</u>. Because of that extraordinary discrepancy in time (the papers, though not received by mail until May 18, 2004, bore a March 8, 2001 date), this Court had its minute clerk dredge up the original file, which was understandably in warehouse storage.

With the file now having been retrieved, it appears that the Notice of Bill of Costs and accompanying documents were in fact served on opposing counsel back in 2001, just within the 30-day time limit prescribed by this District Court's LR 54.1(a). Although the recent mailing has not been accompanied by any explanation, it seems possible (if not indeed likely) that someone in the City of Chicago Corporation Counsel's Office simply stuck the papers in the office file instead of following up on the matter properly. One thing seems certain: no effort was made to follow up on the matter for over three years.



This Court sees no reason to honor such a belated request, even though LR 54.1(a) is not jurisdictional. Attorney neglect of this kind justifies the imposition of some price, and the denial of an award of the claimed costs is a reasonable one under the circumstances. Indeed, the supporting Memorandum itself cites to Seventh Circuit caselaw confirming the broad discretion in the District Court in determining whether costs are to be awarded. Accordingly costs will not be taxed against plaintiff Felix Ichile.

_____
Milton I. Shadur
Senior United States District Judge

Date: June 1, 2004

2